LOUIS ALPREN and Another, Copartners, etc., Appellants, v. MANUFACTURERS TRUST COMPANY OF NEW YORK, Respondent, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

OWEN GATHRIGHT, Respondent, v. LAMPORT & HOLT, LTD., Appellant.— Order reversed, without costs, and motion granted, and the trial of the action pending return of commission is stayed until the first Monday of October, 1922. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NEW YORK FRENCH EXPORTS, INC., Appellant, v. PARFUMETTE CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

EDNA H. ROGGE, Respondent, v. CHARLES P. ROGGE, Appellant.— Order modified by reducing the counsel fee to the sum of $1,000, and by providing that the award of alimony at the rate fixed is upon condition that plaintiff agree to an immediate trial of the issues herein before a referee, with leave to plaintiff to apply for additional counsel fee in case the trial before the referee prove to be a protracted one, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELOISE FREGOE, Respondent, v. KENNETH S. FREGOE, Appellant, Impleaded with ERNEST K. COULTER, as General Manager of the New York Society for the Prevention of Cruelty to Children, and the NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. KENNETH S. FREGOE, Appellant, v. THE NEW YORK SOCIETY FOR THE PREVENTION OF CRUELTY TO CHILDREN and ELOISE FREGOE, Respondents.— Order affirmed, with ten dollars costs and disbursements to the respondent Eloise Fregoe. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

JOAB H. BANTON, as Trustee in Bankruptcy of JAMES T. WOOD, Respondent, v. ISAAC G. TERRY and Another, Appellants, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ABRAHAM WOLKOFF and Another, Respondents, v. ISIDORE CHASANOFF, Defendant, Impleaded with FRANK BADER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

CECIL, BARRETO & CECIL, INC., Appellant, v. CONSOLIDATED GAS AND GASOLINE ENGINE COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

LEWIS J. SELZNICK and Another, Appellants, v. JAMES-MILLER REALTY COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.